UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MIRUS LAKE CHARLES, LLC** | **CIVIL DOCKET NO. 2:24-CV-00125** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **J4 DEVELOPMENT, INC.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 26], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the REPORT AND RECOMMENDATION in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the REPORT AND RECOMMENDATION is ADOPTED, and Commonwealth Development Corporation of America's MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT, J4 DEVELOPMENT, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [Doc. 17] is GRANTED.

Accordingly,

IT IS FURTHER ORDERED that the counterclaims of Defendant J4 Development, Inc. for breach of contract, negligence, and detrimental reliance against Commonwealth Development Corporation of America are hereby DISMISSED WITHOUT PREJUDICE to J4 Development, Inc.'s right to file an amended pleading within two (2) weeks of the date of the Judgment, to attempt to cure the deficiencies described in the REPORT AND RECOMMENDATION.

THUS, DONE AND SIGNED in Chambers on this 12th day of March 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE