# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **MIRUS LAKE CHARLES L L C** | **CASE NO. 2:24-CV-00125** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **J4 DEVELOPMENT INC** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a REPORT AND RECOMMENDATION [Doc. 62] of the Magistrate Judge, recommending that the COMMONWEALTH DEVELOPMENT CORPORATION OF AMERICA'S MOTION TO DISMISS AMENDED COUNTERCLAIM OF DEFENDANT, J4 DEVELOPMENT, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) [Doc. 33] be GRANTED IN PART AND DENIED IN PART.

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, together with the OBJECTIONS thereto [Doc. 65], and after a *de novo* review of the record, finding that the Magistrate Judge's REPORT AND RECOMMENDATION is correct;

IT IS ORDERED, ADJUDGED, AND DECREED that Commonwealth Development's MOTION TO DISMISS [Doc. 33] is **GRANTED IN PART,** and, accordingly, that J4 Development, Inc.'s counterclaims against Commonwealth Development for breach of contract and quantum meruit/unjust enrichment are **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that the motion is otherwise **DENIED,** such that all counterclaims against Mirus Lake

Charles, LLC and the counterclaims against Commonwealth for suit on open account, breach of verbal contract, and detrimental reliance survive.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of January, 2026.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**